| AO 10<br>Rev. 1/2021 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2020 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Crews, Shane K. | 2. Court or Organization<br><br>U.S. District Court, Colorado | 3. Date of Report<br><br>05/06/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge - full-time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>5b. ☐　Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |
| 7. Chambers or Office Address<br><br>Byron G. Rogers United States Courthouse<br>1929 Stout St, C250<br>Denver, CO 80294 | | |
| ***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐　NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director (volunteer) | Colorado Bar Association CLE, Inc. (nonprofit) |
| 2. | Member | State Bar of Colorado |
| 3. | Co-Trustee | ▨ Trust #1 (no reportable assets) |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐　NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2018 | Hoffman Nies Dave & Meyer LLP f/k/a Hoffman Crews Nies Waggener & Foster LLP: receipt of fees collected in the future for work done prior to leaving the firm |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crews, Shane K. | 05/06/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Monument Academy Charter School: wages for part-time employment |
| 2. | 2020 | self-employed nanny |
| 3. | 2020 | self-employed food procurer |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Crews, Shane K.** | 05/06/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Crews, Shane K.** | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Wells Fargo Bank Cash Accounts | A | Interest | L | T | | | | | |
| 2. Edward Jones Mutual Funds (H) | | | | | | | | | |
| 3. - American AMCAP | A | Dividend | J | T | | | | | |
| 4. - American Europacific Growth | A | Dividend | J | T | | | | | |
| 5. - American Fundamental INV | A | Dividend | J | T | | | | | |
| 6. - American INTL Growth & Inc | A | Dividend | J | T | | | | | |
| 7. - American Invest Co of Amer | A | Dividend | J | T | | | | | |
| 8. - American New Economy | A | Dividend | J | T | | | | | |
| 9. - American New World | A | Dividend | J | T | | | | | |
| 10. - American SMALLCAP World | A | Dividend | J | T | | | | | |
| 11. - American Wash Mutual INV | A | Dividend | J | T | | | | | |
| 12. SC 529 Age Based 16-18 A | | None | | | Sold | 09/01/20 | J | C | |
| 13. SC 529 Age Based 16-18 C | | None | J | T | | | | | |
| 14. SC 529 Age Based 16-18 A | | None | K | T | | | | | |
| 15. SC 529 Age Based 16-18 C | | None | | | Merged<br>(with line 14) | 09/17/20 | J | C | |
| 16. IRA #1 (H) | | | | | | | | | |
| 17. - Edward Jones Retirement Money Market | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Crews, Shane K.** | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - iShares MSCI EAFE Small Cap Et | A | Dividend | J | T | Sold (part) | 06/02/20 | J | A | |
| 19.  - iShares Core US Aggregate Bond | A | Dividend | K | T | | | | | |
| 20.  - iShares Russ MC Growth ETF | A | Dividend | K | T | | | | | |
| 21.  - iShares Russ MC Value ETF | A | Dividend | K | T | | | | | |
| 22.  - iShares Russ 1000 Value ETF | B | Dividend | K | T | | | | | |
| 23.  - iShares Russ 2000 ETF | A | Dividend | K | T | Sold (part) | 06/02/20 | J | B | |
| 24.  - iShares S&P 500 Growth ETF | A | Dividend | K | T | | | | | |
| 25.  - iShares MSCI EAFE Growth ETF | A | Dividend | K | T | Sold (part) | 06/02/20 | J | C | |
| 26.  - iShares MSCI EAFE Value ETF | A | Dividend | K | T | Buy | 06/02/20 | J | | |
| 27.  - Vanguard Value ETF | A | Dividend | K | T | | | | | |
| 28.  - Vanguard Large Cap ETF | A | Dividend | K | T | Buy | 06/02/20 | J | | |
| 29.  - Vangrd FTSE All-Wrld exUS ETF | A | Dividend | K | T | | | | | |
| 30.  - Vanguard Ttl BD Market ETF | A | Dividend | K | T | Sold (part) | 06/02/20 | J | A | |
| 31.  - JPM Federal Money Market I | A | Interest | J | T | Buy | 06/23/20 | J | | |
| 32.  - Pgim High Yield R6 | A | Dividend | J | T | Buy | 06/02/20 | J | | |
| 33.  IRA #2 (H) | | | | | | | | | |
| 34.  - Edward Jones Retirement Money Market | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Crews, Shane K.** | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - iShares MSCI EAFE Small Cap Et | A | Dividend | J | T | | | | | |
| 36. - iShares Core US Aggregate Bond | A | Dividend | J | T | | | | | |
| 37. - iShares Russ MC Value ETF | A | Dividend | J | T | | | | | |
| 38. - iShares Russ 1000 Value ETF | A | Dividend | J | T | | | | | |
| 39. - iShares Russ 2000 ETF | A | Dividend | J | T | | | | | |
| 40. - iShares S&P 500 Growth ETF | A | Dividend | J | T | | | | | |
| 41. - iShares MSCI EAFE Growth ETF | A | Dividend | J | T | Sold (part) | 06/02/20 | J | A | |
| 42. - Shares MSCI EAFE Value ETF | A | Dividend | J | T | | | | | |
| 43. - Vanguard Value ETF | A | Dividend | J | T | | | | | |
| 44. - Vanguard Large Cap ETF | A | Dividend | J | T | Buy | 06/02/20 | J | | |
| 45. - Vangrd FTSE All-Wrld exUS ETF | A | Dividend | J | T | | | | | |
| 46. - Vanguard Ttl BD Market ETF | A | Dividend | J | T | | | | | |
| 47. - PGIM High Yield R6 | A | Dividend | J | T | | | | | |
| 48. -iShares Russ MC Growth ETF | A | Dividend | J | T | Buy | 01/01/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Crews, Shane K.** | 05/06/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I: [REDACTED] Trust #1 is a revocable living trust with no reportable assets.

Part VII: Regarding lines 3 - 11, on 07/13/2020, American Funds completed a share class conversion on the investments held in those accounts. The conversion did not involve any transaction or exchange.

Part VII: Line 48 includes a fund purchased on 10/23/2017 that may have been inadvertently omitted from one or more prior financial disclosures. No reportable transactions or exchanges have occured in this fund since its purchase on 10/23/2017.

| Name of Person Reporting | Date of Report |
|---|---|
| **Crews, Shane K.** | 05/06/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**Signature:  s/ Shane K. Crews**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544